# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BJORN ERIK HAAPANIEMI,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, FCI Terminal Island Low,<br><br>    Respondent. | CASE NO. 2:24-cv-08593-FWS-KS<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING ACTION WITHOUT PREJUDICE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the January 13, 2025, Report and Recommendation of United States Magistrate Judge ("Report"), and all records herein. The time for filing Objections to the Report has passed and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Therefore, this action is **DISMISSED** without prejudice for the failure to pay the filing fee.

**IT IS SO ORDERED**.

Dated: February 19, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE