JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BJORN ERIK HAAPANIEMI,

      Petitioner,

  v.

WARDEN, FCI Terminal Island Low,

      Respondent.

_____

CASE NO. 2:24-cv-08593-FWS-KS

JUDGMENT

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

Dated:  February 19, 2025

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE